IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CATHERINE GARRISON                                                    PLAINTIFF

v.                          Case No. 2:24-cv-00020-JM

DUMAS PUBLIC SCHOOL DISTRICT                                          DEFENDANT

## JUDGMENT

For the reasons stated in the Court's order entered on this same date, judgment is entered for Defendant. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
United States District Judge